UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ERNEST CHIARADONNA,

        Plaintiff,

    -against-

NATIONAL ACTION FINANCIAL SERVICES
INC.,

        Defendant.

**COMPLAINT and DEMAND
FOR JURY TRIAL**

NOW COMES Plaintiff, ERNEST CHIARADONNA ("Plaintiff"), by and through his

attorney, Krohn & Moss, Ltd., for his Complaint against Defendant, NATIONAL

ACTION FINANCIAL SERVICES, INC. ("Defendant"), alleges as follows:

Nature of the Action

1.     This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices

Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

Parties

2.     Plaintiff is a natural person residing in Nashua, New Hampshire.

3.     Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15

U.S.C. § 1692a(3).

4.     Defendant is a New York company having its principal place of business located

in Williamsville, Erie County, New York.

5.     Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to

collect a consumer debt from Plaintiff.

6.      Defendant acted though its agents, employees, officers, members, directors, heirs,

successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7.      Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states

that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy."

8.      Because Defendant conducts business and is principally located in the state of

New York, personal jurisdiction is established

9.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

10.     Declaratory relief is available pursuant to the Declaratory Judgment Act, 28

U.S.C. §§ 2201 - 2202.

## Factual Allegations

11.     Defendant constantly and continuously places collection calls to Plaintiffs seeking

and demanding payment for an alleged debt owed.

12.     Plaintiff has advised Defendant that the last four numbers of the Social Security

number on the account that Defendant is collecting do not match that of Plaintiffs. Regardless,

the collection calls persist.

13.     Defendant fails to properly identify itself when seeking and demanding payment

for an alleged consumer debt.

14.     Defendant used abusive, intimidating, and harassing language when Plaintiff

returned a message that was left on Plaintiff's answering machine.

## CLAIM FOR RELIEF

15.    Defendant's violations of the FDCPA include, but are not limited to, the following:

    a.    Defendant violated §1692c(a)(1) of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

    b.    Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    c.    Defendant violated §1692d(2) of the FDCPA by using profane and abusive language while seeking and demanding payment.

    d.    Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    e.    Defendant violated §1692f of the FDCPA by engaging in unfair and unconscionable means to collect or attempt to collect the alleged debt.

16.    As a consequence of Defendant's foregoing actions, Plaintiff has suffered from emotional distress.  *See* Exhibit "A" hereto.

17.    Plaintiffs are entitled to his attorney's fees and costs incurred in this action.

18.    This case presents an actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

**WHEREFORE**, Plaintiffs prays that judgment be entered against Defendant for the following:

(1)   Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*;

(2)   Actual damages

(3)   Statutory damages pursuant to 15 U.S.C. § 1692k

(4)  Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(5)  Awarding such other and further relief as may be just, proper and equitable.


Dated:        August 26, 2009

                                                    KROHN & MOSS, LTD.

                                        By:   /s/ Adam T. Hill
                                            Adam T. Hill
                                            KROHN & MOSS, LTD.
                                            120 W. Madison St., 10th Fl.
                                            Chicago, Illinois 60602
                                            Telephone:  312-578-9428
                                            Telefax:  866-802-0021
                                            ahill@consumerlawcenter.com
                                            Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

        PLEASE TAKE NOTICE that Plaintiff, ERNEST CHIARADONNA, hereby demands a

jury trial in this matter.

4

# EXHIBIT A

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

|    |                                                                        | YES/NO |
|----|------------------------------------------------------------------------|--------|
| 1. | Sleeplessness                                                          | (YES) NO |
| 2. | Fear of answering the telephone                                        | (YES) NO |
| 3. | Nervousness                                                            | (YES) NO |
| 4. | Fear of answering the door                                             | YES NO |
| 5. | Embarrassment when speaking with family or friends                     | (YES) NO |
| 6. | Depressions (sad, anxious, or "empty" moods)                           | YES NO |
| 7. | Chest pains                                                            | YES NO |
| 8. | Feelings of hopelessness, pessimism                                    | YES NO |
| 9. | Feelings of guilt, worthlessness, helplessness                         | YES NO |
| 10.| Appetite and/or weight loss or overeating and weight gain              | YES NO |
| 11.| Thoughts of death, suicide or suicide attempts                         | YES NO |
| 12.| Restlessness or irritability                                           | (YES) NO |
| 13.| Headache, nausea, chronic pain or fatigue                              | YES NO |
| 14.| Negative impact on my job                                              | YES NO |
| 15.| Negative impact on my relationships                                    | YES NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: *Anger! Acted out verbally with co-workers .Present*

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: *Aug 26, 2009*

*Ernest A. Chiaradonna*
Signed Name

*ERNEST A. CHIARADONNA*
Printed Name